McALISTER v. McALISTER

No. 78 PC.

Case below: 14 N.C. App. 159.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

ROSE & DAY, INC. v. CLEARY

No. 80 PC.

Case below: 14 N.C. App. 125.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. CURRENCE

No. 88 PC.

Case below: 14 N.C. App. 263.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.

STATE v. CURRENCE

No. 128.

Case below: 14 N.C. App. 263.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 May 1972.

STATE v. FRAZIER

No. 92 PC.

Case below: 14 N.C. App. 104.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.